## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:                                    )
       Ronald Philip Taylor and          )
       Danna Fay Taylor,                )    Case No.  18-21347
                              )
              Debtors.          )

## <u>RESPONSE TO MOTION FOR RELIEF FROM STAY</u>

Debtors, for their Response to Motion for Relief from Stay filed by creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC, states the following:

1.      On December 30, 2020, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC filed a Motion for Relief from Automatic Stay regarding property 1347 Cleveland Ave., Kansas City, KS 66104.

2.      Debtors just recently entered into a loan modification in June, 2020 and believe that they are current with their mortgage payments.

WHEREFORE, Debtors request this Honorable Court to deny Creditor's Motion for Relief from Stay, and for such other and further relief as this Court deems just and proper.


Date:  January 20, 2021            /s/ Ryan M. Callahan
                                   Ryan M. Callahan, KS 25363
                                   Callahan Law Firm
                                   222 W. Gregory Blvd, Ste. 210
                                   Kansas City, MO 64114
                                   (816) 822-4041
                                   ryan@callahanlawkc.com
                                   *Attorney for Debtors*

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned certifies that a copy of the foregoing was served upon all appropriate parties electronically by the U.S. Bankruptcy Court's ECF System on this 20th day of January, 2021.

Pamela R. Putnam
Armstrong Teasdale, LLP
2345 Grand Blvd, Ste 1500
Kansas City, MO 64108
ATTORNEY FOR CREDITOR

          /s/Ryan M. Callahan
           Ryan M. Callahan